UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC )<br>Plaintiff, )<br>v. )<br> )<br>CITY OF WALTHAM, CITY OF WALTHAM CITY )<br>COUNCIL, Edmund P. Tarallo, Sarafina Collura, Kenneth )<br>B. Doucette, Diane P. LeBlanc, Paul J. Brasco, Kathleen )<br>B. McMenimen, Thomas M. Stanley, Daniel P. Romard, )<br>George A. Darcy, III, Stephen F. Rourke, Thomas J. )<br>Curtin, Gary J. Marchese, Robert J. Waddick, Robert G. )<br>Logan, and Joseph M. Giordano, Jr., in their capacities )<br>As Members of the Waltham City Council, )<br>Defendants. )<br> ) | C.A.: 1:11-CV-11332-JLT |

## ASSENTED TO MOTION TO EXTEND
## TIME TO ANSWER COMPLAINT

Now come the Defendants in the above-captioned action and move this Honorable Court to extend the time to file an answer to facilitate settlement negotiations. In support of this motion the Defendants state the following:

The parties are attempting to resolve this case in its entirety by way of settlement. The Plaintiff has agreed to extend the time for filing an answer to September 30, 2011 to enable settlement discussions to be completed.

Respectfully Submitted,
By Defendants,
City of Waltham, Waltham City Council and
all members of the City Council in their
official capacities,

1

By their attorneys,

*Patricia A. Azadi*
Patricia A. Azadi (BBO#359560)

*Michelle Learned*
Michelle Learned, BBO#634955
City of Waltham Law Department
119 School Street
Waltham, MA 02451
(781) 314-3330
pazadi@city.waltham.ma.us
mlearned@city.waltham.ma.us

Assented to by Plaintiff's Counsel

*Wayne Dennison/PAA*
Wayne Dennison, Esq.
Brown Rudnick, LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

Certificate of Service

I hereby certify that I have served a true copy of the foregoing document upon the Plaintiff by mailing first class postage pre-paid to its attorneys:

Wayne Dennison, Esq.
Amanda Buck Varella, Esq.
Brown Rudnick, LLP
One Financial Center
Boston, MA 02111

Dated: September 16, 2011

*Patricia A. Azadi*
Patricia A. Azadi

I hereby certify that I have complied with the requirements of Local Rule 7.1 with respect to this motion.

*Patricia A. Azadi*
Patricia A. Azadi